1  AARON D. FORD
     Attorney General
2  HEIDI H. DEMERS, Bar No. 17034C
     Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
5  E-mail: hdemers@ag.nv.gov

6  *Attorneys for Interested Party*
   *Nevada Department of Corrections*
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  IN RE ALBERT MEDINA CASES          Lead Case No.
                                    3:25-cv-00228-MMD-CLB
11                                     Additional Case:
                                    2:23-cv-01773-APG-MDC
12                                 **ORDER GRANTING**
                               **STIPULATION AND ORDER TO**
13                                     **DISMISS**
                                  **WITH PREJUDICE**
14

15       IT IS HEREBY STIPULATED by and between Defendants, by and through counsel,

16  Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy

17  Attorney General, of the State of Nevada, Office of the Attorney General, and Albert

18  Medina, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that

19  the above-captioned actions shall be dismissed with prejudice, with each party bearing

20  their own attorney's fees and costs.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The Parties have resolved these matters in their entirety and agree that the Court may

2    accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

3    DATED this 14th day of October 2025.          DATED this 14th day of October 2025.

4                                                 AARON D. FORD

5                                                 Attorney General

6

7

8    *Albert Medina*

9    _____              /s/ Heidi H. Demers_____

10   Albert Medina #74738                         Heidi H. Demers, (Bar No. 17034C)

11   *Plaintiff, Pro Se*                          *Attorneys for Defendant*

12

13

14                              **ORDER**

15

16          **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the

17   Clerk is directed to close the case.

18          DATED _____ November 24 , 2025.

19

20

21          _____

22          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28